1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTOINE DESHAWN BARNES,                    No.  2:25-cv-01129-DC-CSK (HC)

12                  Petitioner,

13         v.                                   ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14   STARKS COMPANY,                            THIS ACTION

15                  Respondent.                 (Doc. No. 4)

16

17         Petitioner Antoine Deshawn Barnes is a county jail inmate proceeding *pro se* and *in forma*

18   *pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was

19   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20   302.

21         On May 1, 2025, the assigned magistrate judge issued findings and recommendations

22   recommending that this action be summarily dismissed because Petitioner "fails to state a

23   cognizable federal habeas claim;" rather, Petitioner seeks to sue the "Starks Company 'Johnny

24   Depp'" for $800 trillion. (Doc. No. 4 at 2.) Because the petition in this action "does not raise any

25   issues concerning the conditions of his confinement in the Amador County Jail," and Petitioner

26   has two other pending habeas actions in this court related to his current confinement, the

27   magistrate judge recommends the petition for a writ of habeas corpus be dismissed without leave

28   to amend. (*Id.* at 3.) The findings and recommendations were served upon Petitioner and

                                                1

1 | contained notice that any objections thereto were to be filed within fourteen (14) days after

2 | service.[1] (*Id*. at 4.)

3 |     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

4 | *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

5 | pending findings and recommendations are supported by the record and proper analysis.

6 |     Having concluded that the pending petition must be dismissed, the court also declines to

7 | issue a certificate of appealability. A petitioner seeking writ of habeas corpus has no absolute

8 | right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v.*

9 | *Cockrell*, 537 U.S. 322, 335-36 (2003). If a court denies a petitioner's petition, the court may only

10 | issue a certificate of appealability when a petitioner makes a substantial showing of the denial of

11 | a constitutional right. 28 U.S.C. § 2253(c)(2). Where, as here, the court denies habeas relief on

12 | procedural grounds without reaching the underlying constitutional claims, the court should issue a

13 | certificate of appealability "if jurists of reason would find it debatable whether the petition states

14 | a valid claim of the denial of a constitutional right and that jurists of reason would find it

15 | debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529

16 | U.S. 473, 484 (2000). In the present case, the court finds that reasonable jurists would not find the

17 | court's determination that the pending petition must be dismissed to be debatable or wrong.

18 | Thus, the court declines to issue a certificate of appealability.

19 |     Accordingly,

20 |     1.    The findings and recommendations issued on May 1, 2025 (Doc. No. 4) are

21 |     ADOPTED in full;

22 |     2.    The petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without leave

23 |     to amend;

24 |     3.    The court declines to issue a certificate of appealability; and

25 | /////

26 |

27 | [1] The service copy of the pending findings and recommendations, which was mailed to Petitioner at his address of record, was returned to the court as "Undeliverable, Not in custody, Not

28 | deliverable as addressed, Unable to forward."

1        4.       The Clerk of the Court is directed to close this case.

2

3        IT IS SO ORDERED.

4    Dated:   **June 4, 2025**

                                        Dena Coggins

5                                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28